[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10646
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 3, 2011
JOHN LEY
CLERK

D.C. Docket No. 9:04-cr-80104-WPD-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AVOCHON T. POSTELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 3, 2011)

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Avochon Postell, the appellant, is serving a sentence for bank robbery that was imposed by the district court on November 19, 2004. On December 14, 2010, he sent the district court a letter, which the court treated as a motion for drug treatment while incarcerated. The court denied the motion, and Postell, proceeding *pro se*, now appeals.

The authority to grant Postell's request lies with the Federal Bureau of Prisons, not the district court. 8 U.S.C. 3621(b),(e); *Cook v. Wiley,* 208 F.3d 1314 (11th Cir. 2000). The court's decision denying relief is therefore

Affirmed.